IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILE-PLAN-IT, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. _____ |
| FACEBOOK, INC., | ) ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Mobile-Plan-It, LLC ("Mobile-Plan-It") hereby brings this action against Facebook, Inc. ("Facebook") for infringement of United States Patent No. 8,312,091 ("the '091 patent") and alleges as follows:

**NATURE OF THE ACTION AND PARTIES**

1. This is an action for patent infringement arising under the patent laws of the United States.

2. Mobile-Plan-It is a limited liability company organized and existing under the laws of the State of California.

3. Facebook is a corporation organized and existing under the laws of the State of Delaware. Facebook can be served via its registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

**JURISDICTION**

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this is an action arising under the Patent Act, 35 U.S.C. § 1 *et seq*.

**VENUE**

5.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(b).

**FACTUAL BACKGROUND**

6.    The '091 patent is entitled "Methods and Systems for Organizing Meetings." A copy of the '091 patent is attached hereto as Exhibit A.

7.    The invention of the '091 patent generally relates to methods and systems for organizing a meeting using software to create a meeting, invite attendees to the meeting, and store meeting information on the organizer's computer system.  In addition, the meeting software includes a personal proxy mailbox for each attendee that enables the attendees to send messages to, and receive messages from, one another without disclosing their primary email addresses to one another.  The methods and systems disclosed in the '091 patent also relate to employing the meeting organization software on the attendees wireless devices.

8.    The application that resulted in the issuance of the '091 patent was filed on July 15, 2011, and claims priority to an application filed on May 23, 2001.  The United States Patent and Trademark Office duly and legally issued the '091 patent on November 13, 2012.

**COUNT I**
**INFRINGEMENT OF U.S. PATENT NO. 8,312,091**

9.    Mobile-Plan-It realleges and incorporates by reference the allegations of paragraphs 1-8.

10.   Mobile-Plan-It owns all right, title, and interest in the '091 patent, including the right to recover damages for infringement throughout the period of the infringement complained of herein.

11.     Facebook has infringed the '091 patent by using Facebook Events, a method and system for organizing meetings that directly infringes at least Claims 1-8 and 11-13 of the '091 patent either literally or under the doctrine of equivalents.

## JURY DEMAND

Mobile-Plan-It requests a trial by jury for all issues so triable.

## PRAYER FOR RELIEF

Mobile-Plan-It prays for relief as follows:

1.      Compensatory damages in an amount according to proof, and in no event less than a reasonable royalty;

2.      Prejudgment interest on the compensatory damages awarded to Mobile-Plan-It;

3.      Post-judgment interest on all sums awarded to Mobile-Plan-It from the date of judgment;

4.      A preliminary and permanent injunction forbidding Facebook and its officers, agents, servants, employees, and attorneys, and all those in active concert or participation with them, from further infringing the '091 patent;

5.      Costs of suit incurred herein; and

6.      Any and all other relief that the Court deems just and equitable.

| | |
|---|---|
| Dated:  February 4, 2014 | BAYARD, P.A. |
| OF COUNSEL: | *Stephen B. Brauerman*<br>Richard D. Kirk (rk0922) |
| Robert E. Freitas<br>Daniel J. Weinberg<br>QuynhChi P. Nguyen<br>FREITAS TSENG & KAUFMAN LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065<br>(650) 593-6300<br>rfreitas@ftklaw.com<br>dweinberg@ftklaw.com<br>qnguyen@ftklaw.com | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>Sara E. Bussiere (sb5725)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com |
| | *Attorneys for Plaintiff Mobile-Plan-It* |