# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILE-PLAN-IT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No. 1:14-cv-00137-GMS <br> FACEBOOK, INC., ) <br> ) JURY TRIAL DEMANDED <br> Defendant. ) <br> ) <br> ) <br> ) | |

## STIPULATION AND ORDER TO TRANSFER TO THE NORTHERN DISTRICT
## OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)

1.  Pursuant to 28 U.S.C. § 1404(a), Plaintiff Mobile-Plan-It, LLC and Defendant Facebook, Inc., by and through their respective undersigned counsel, hereby stipulate that, subject to the Court's approval, the above-captioned action shall be transferred to the Northern District of California.

2.  In light of the foregoing, it is hereby ORDERED that this action shall be transferred to the United States District Court for the Northern District of California.

**IT IS SO ORDERED:**

Date:

_____
Hon. Gregory M. Sleet
Chief United States District Judge

128605.00613/40210788v.1

Dated:  April 2, 2014					By: */s/ Steven L. Caponi*	\_\_\_\_
							Steven L. Caponi (DE Bar #3484)
							Blank Rome LLP
							1201 N. Market Street, Suite 800
							Wilmington, DE  19801
							(302) 425-6408
							caponi@blankrome.com
							Attorney for Defendant
							Facebook, Inc.


Dated:  April 2, 2014					*s/Stephen B. Brauerman*
							Richard D. Kirk (#0922)
							Stephen B. Brauerman (#4952)
							Vanessa R. Tiradentes (#5398)
							Sara E. Bussiere (#5725)
							Bayard P.A.
							222 Delaware Avenue, Suite 900
							Wilmington, DE 19899-5130
							rkirk@bayardlaw.com
							sbrauerman@bayardlaw.com
							vtiradentes@bayardlaw.com
							sbussiere@bayardlaw.com
							Attorney for Plaintiff
							Mobile-Plan-It, LLC