| | |
|---|---|
| FREITAS ANGELL & WEINBERG LLP | COOLEY LLP |
| ROBERT E. FREITAS (SBN 80948) | HEIDI L. KEEFE (178960) |
| rfreitas@fawlaw.com | hkeefe@cooley.com |
| DANIEL J. WEINBERG (SBN 227159) | MARK R. WEINSTEIN (193043) |
| dweinberg@fawlaw.com | mweinstein@cooley.com |
| QUYNHCHI NGUYEN (SBN 227832) | KATHRYN D. DUVALL (267827) |
| qnguyen@fawlaw.com | kduvall@cooley.com |
| 350 Marine Parkway, Suite 200 | ANDREW C. MACE (284484) |
| Redwood Shores, CA 94065 | amace@cooley.com |
| Telephone: (650) 593-6300 | ERIN E. PRITCHARD (295263) |
| Facsimile: (650) 593-6301 | epritchard@cooley.com |
| | Five Palo Alto Square |
| *Attorneys for Plaintiff MOBILE-PLAN-IT* | 3000 El Camino Real |
| | Palo Alto, CA 94306-2155 |
| | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| | |
| | MICHAEL G. RHODES (116127) |
| | mrhodes@cooley.com |
| | 101 California St., 5th Floor |
| | San Francisco, CA 94111-5800 |
| | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| | |
| | *Attorneys for Defendant FACEBOOK INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE-PLAN-IT LLC, | Case No.  C 14-1709 RS |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE DATE** |
| v. | |
| FACEBOOK INC., | **AND ORDER AS MODIFIED** |
| Defendant. | |

Plaintiff Mobile-Plan-It ("Plaintiff") and Defendant Facebook Inc. ("Defendant") hereby stipulate as follows:

**WHEREAS**, on August 8, 2014, the Court set a Scheduling Conference for the purpose of setting a settlement conference for August 26, 2014 at 1:00 p.m. by telephonic appearance before Magistrate Judge Nandor Vadas;

1.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE DATE
CASE NO. C 14-1709 RS

1    **WHEREAS,** Defendant's counsel has another meeting scheduled on August 26, 2014 at
2 1:00 p.m. with Magistrate Judge LaPorte;

3    **WHEREAS**, Plaintiff's counsel will be traveling out of the country on the following
4 Tuesday, September 2, 2014;

5    **WHEREAS,** the next available date on which counsel for both parties is available under
6 the Court's status and case management conference schedule is September 9, 2014;

7    **WHEREAS**, the parties have agreed to continue the scheduling hearing to 1:00 p.m. on
8 September 9, 2014 to accommodate defendant's counsel to attend her meeting with Judge
9 LaPorte;

10   **WHEREAS**, the parties continue to meet and confer on potential dates for scheduling the
11 early settlement conference, and intend to present the Court with proposed dates prior to the
12 continued scheduling conference date on September 9, 2014.

13   **IT IS HEREBY STIPULATED AS FOLLOWS**:

14   1.   The Scheduling Conference, currently scheduled for August 26, 2014 at 1:00 p.m.,
15 shall be continued to **1:00 p.m. on September 9, 2014 by telephonic appearance**.

17 Dated:  August 25, 2014                By: */s/ Robert E. Freitas*
                                         Robert E. Freitas
18                                       Freitas Tseng & Kaufman LLP
19                                       Attorney for Plaintiff
                                         Mobile-Plan-It, LLC
20

21 Dated: August 25, 2014
22                                       COOLEY LLP
23
24                                       */s/ Heidi L. Keefe*
                                         Heidi L. Keefe
25                                       Attorneys for Defendant
                                         FACEBOOK INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE DATE
C 14-1709 RS

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this Stipulation to Continue Scheduling Conference Date.

Dated: August 25, 2014

*/s/ Heidi L. Keefe*
Heidi L. Keefe

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE DATE
C 14-1709 RS

**ORDER**

Upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that the Scheduling Conference hearing is continued to **1:00 p.m**. on **September 9, 2014.  This court will set a settlement conference date on September 9, 2014.**

Dated: August 25, 2014

_____
UNITED STATES MAGISTRATE JUDGE