1  ROBERT E. FREITAS (SBN 80948)
      rfreitas@fawlaw.com
2  DANIEL J. WEINBERG (SBN 227159)
      dweinberg@fawlaw.com
3  QUYNHCHI NGUYEN (SBN 277832)
      qnguyen@fawlaw.com
4  FREITAS ANGELL & WEINBERG LLP
   350 Marine Parkway, Suite 200
5  Redwood Shores, CA  94065
   Telephone:    (650) 593-6300
6  Facsimile:    (650) 593-6301

7  Attorneys for Plaintiff
   Mobile-Plan-It, LLC

COOLEY LLP
HEIDI L. KEEFE (178960)
hkeefe@cooley.com
MARK R. WEINSTEIN (193043)
mweinstein@cooley.com
KATHRYN D. DUVALL (267827)
kduvall@cooley.com
ANDREW C. MACE (284484)
amace@cooley.com
ERIN E. PRITCHARD (295263)
epritchard@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

MICHAEL G. RHODES (116127)
mrhodes@cooley.com
101 California St., 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

 Attorneys for Defendant
 Facebook Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOBILE-PLAN-IT, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>           Defendant. | Case No.  3:14-cv-01709-RS  ORDER<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME** |

1  Pursuant to Local Rules 6-1 and 6-2, and as supported by the Declaration of Daniel J. Weinberg filed herewith, Plaintiff Mobile-Plan-It ("Mobile-Plan-It") and Defendant Facebook Inc. ("Facebook") hereby stipulate as follows:

**WHEREAS**, on November 25, 2014, Facebook filed its Motion for Judgment on the Pleadings of Invalidity Under 35 U.S.C. § 101 ("Motion") and a hearing was set for January 15, 2015 at 1:30 p.m. (ECF No. 42); and

**WHEREAS**, the parties have agreed to extend the briefing schedule and continue the Motion hearing to accommodate counsels' unavailability;

**IT IS HEREBY STIPULATED AS FOLLOWS**:

1. The hearing on Facebook's Motion will be continued to February 19, 2015, or as soon thereafter as the Court's schedule permits;

2. Mobile-Plan-It shall file its opposition to the Motion on or before December 23, 2014; and

3. Facebook shall file its reply in support of the Motion on or before January 13, 2015.

Dated:  December 8, 2014                    FREITAS ANGELL & WEINBERG LLP

                                            */s/Daniel J. Weinberg*
                                            Daniel J. Weinstein
                                            Attorneys for Plaintiff
                                            Mobile-Plan-It, LLC


                                            COOLEY LLP
Dated:  December 8, 2014

                                            */s/Erin E. Pritchard*
                                            Erin E. Pritchard
                                            Attorneys for Defendant
                                            Facebook Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this Stipulated Request for Order Enlarging Time.

Dated:  December 8, 2014

*/s/QuynhChi P. Nguyen*
QuynhChi P. Nguyen

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated:  12/10/14

Richard Seeborg
United States District Judge