| | |
|---|---|
| ROBERT E. FREITAS (SBN 80948) | COOLEY LLP |
| rfreitas@fawlaw.com | HEIDI L. KEEFE (178960) |
| DANIEL J. WEINBERG (SBN 227159) | hkeefe@cooley.com |
| dweinberg@fawlaw.com | MARK R. WEINSTEIN (193043) |
| QUYNHCHI NGUYEN (SBN 277832) | mweinstein@cooley.com |
| qnguyen@fawlaw.com | KATHRYN D. DUVALL (267827) |
| FREITAS ANGELL & WEINBERG LLP | kduvall@cooley.com |
| 350 Marine Parkway, Suite 200 | ERIN E. PRITCHARD (295263) |
| Redwood Shores, CA  94065 | epritchard@cooley.com |
| Telephone:     (650) 593-6300 | 3175 Hanover Street |
| Facsimile:      (650) 593-6301 | Palo Alto, CA 94304 |
| | Telephone:     (650) 843-5000 |
| Attorneys for Plaintiff | Facsimile:      (650) 849-7400 |
| MOBILE-PLAN-IT | |
| | MICHAEL G. RHODES (116127) |
| | mrhodes@cooley.com |
| | 101 California St., 5th Floor |
| | San Francisco, CA 94111-5800 |
| | Telephone:     (415) 693-2000 |
| | Facsimile:      (415) 693-2222 |

Attorneys for Defendant
FACEBOOK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE-PLAN-IT, | Case No.  C 14-1709 RS |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO MODIFY PRE-MARKMAN CASE SCHEDULE** |
| v. | |
| FACEBOOK INC., | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP AND [PROPOSED] ORDER TO MODIFY
CASE SCHEDULE
CASE NO.  C 14-1709 RS

Pursuant to Local Rules 6-1 and 6-2, and as supported by the Declaration of Erin E. Pritchard filed herewith, Defendant Facebook, Inc. ("Facebook") and Plaintiff Mobile-Plan-It ("Mobile-Plan-It") hereby stipulate as follows:

**WHEREAS**, a claim construction hearing in this matter is currently set for over five months from now on July 22, 2015, and because there is a currently pending motion for Judgment on the Pleadings of Invalidity Under 35 U.S.C. § 101, the parties mutually agree to extend the pre-Markman hearing case schedule in order to currently save time and expense for the parties;

**IT IS HEREBY STIPULATED AS FOLLOWS**:

1. Plaintiff Mobile-Plan-It and Defendant Facebook mutually agree to the following case schedule prior to the claim construction hearing set for July 22, 2015:

- April 15, 2015 Plaintiff's Opening Claim Construction Brief (Pat. L.R. 4-5(a))
- April 22, 2015 Exchange Initial Privilege Logs
- April 29, 2015 Defendant's Responsive Claim Construction Brief (Pat LR. 4-5(b))
- May 6, 2015 Plaintiff's Reply Claim Construction Brief (Pat. L.R. 4.5(c))

The proposed time modification will not delay the schedule for the case, including the Markman Claim Construction hearing scheduled for July 22, 2015.

Dated:  February 20, 2015                COOLEY LLP


                                         */s/ Heidi L. Keefe*
                                         Heidi L. Keefe

                                         Attorneys for Defendant
                                         FACEBOOK INC.

Dated:  February 20, 2015                FREITAS ANGELL & WEINBERG LLP


                                         */s/ Daniel J. Weinberg*
                                         Daniel J. Weinberg

                                         ATTORNEYS FOR PLAINTIFF
                                         MOBILE-PLAN-IT

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, the undersigned attests that all parties have concurred in the filing of this STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-MARKMAN CASE SCHEDULE.

Dated: February 20, 2015

*/s/ Heidi L. Keefe*
Heidi L. Keefe

**[P~~ROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/25/2015

Hon. Richard Seeborg
United States District Judge