| | |
|---|---|
| FREITAS ANGELL & WEINBERG LLP | COOLEY LLP |
| ROBERT E. FREITAS (80948) | HEIDI L. KEEFE (178960) |
| rfreitas@fawlaw.com | hkeefe@cooley.com |
| DANIEL J. WEINBERG (227159) | MARK R. WEINSTEIN (193043) |
| dweinberg@fawlaw.com | mweinstein@cooley.com |
| QUYNHCHI NGUYEN (277832) | ERIN E. PRITCHARD (295263) |
| qnguyen@fawlaw.com | epritchard@cooley.com |
| 350 Marine Parkway, Suite 200 | 3175 Hanover Street |
| Redwood Shores, CA 94065 | Palo Alto, CA 94304-1130 |
| Telephone: (650) 593-6300 | Telephone:   (650) 843-5000 |
| Facsimile: (650) 593-6301 | Facsimile:   (650) 849-7400 |

Attorneys for Plaintiff
MOBILE-PLAN-IT, LLC

MICHAEL G. RHODES (116127)
mrhodes@cooley.com
101 California St., 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE-PLAN-IT, LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC.<br><br>             Defendant. | Case Nos. 3-14-cv-01709 RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**<br><br>The Honorable Richard Seeborg |

**WHEREAS**, on June 8, 2015, the Court granted Facebook's motion for leave to file a summary judgment motion of invalidity of the asserted claims under 35 U.S.C. § 101;

**WHEREAS**, the schedule adopted by the Court required the following:

    Last day for Facebook's opening brief: June 17, 2015

    Last day for Mobile-Plan-It's opposition brief: July 8, 2015

    Last day for Facebook's reply brief: July 15, 2015

    Hearing: July 22, 2015;

**WHEREAS**, Facebook filed its summary judgment motion on June 17, 2015;

**WHEREAS**, Mobile-Plan-It and Facebook have recently engaged in discussions directed at resolving this lawsuit and wish to continue Mobile-Plan-It's deadline to oppose the summary judgment motion from July 8, 2015 to July 10, 2015 to facilitate completion of those discussions;

**WHEREAS**, Facebook's reply brief will remain due on the July 15, 2015 date;

**NOW, THEREFORE**, Mobile-Plain-It and Facebook, by and through their respective counsel of record, hereby stipulate to continue the deadline for Mobile-Plan-It to oppose Facebook's summary judgment motion from July 8, 2015 to July 10, 2015.

**IT IS SO STIPULATED.**

Dated: July 7, 2015

COOLEY LLP

By: */s/ Heidi L. Keefe*
MICHAEL G. RHODES
HEIDI L. KEEFE
MARK R. WEINSTEIN
ERIN E. PRITCHARD

Attorneys for Defendant
FACEBOOK, INC.

Dated: July 7, 2015

FREITAS ANGELL & WEINBERG LLP

By: */s/ Daniel J. Weinberg*
ROBERT E. FREITAS
DANIEL J. WEINBERG
QUYNHCHI NGUYEN

Attorneys for Plaintiff
MOBILE-PLAN-IT, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 7/8/15

The Honorable Richard Seeborg
United States District Judge

## CONCURRENCE

I, Daniel Weinberg, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that Heidi Keefe has concurred in this filing.

*/s/ Daniel Weinberg*
Daniel Weinberg