|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | ROBERT E. FREITAS (80948)<br>rfreitas@fawlaw.com<br>DANIEL J. WEINBERG (227159)<br>dweinberg@fawlaw.com<br>QUYNHCHI NGUYEN (277832)<br>qnguyen@fawlaw.com<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065<br>Telephone: (650) 593-6300<br>Facsimile: (650) 593-6301<br><br>Attorneys for Plaintiff<br>MOBILE-PLAN-IT, LLC | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>hkeefe@cooley.com<br>MARK R. WEINSTEIN (193043)<br>mweinstein@cooley.com<br>ERIN E. PRITCHARD (295263)<br>epritchard@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:    (650) 843-5000<br>Facsimile:    (650) 849-7400<br><br>MICHAEL G. RHODES (116127)<br>mrhodes@cooley.com<br>101 California St., 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE-PLAN-IT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>        Defendant. | Case Nos. 3-14-cv-01709 RS<br><br>ORDER<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable Richard Seeborg |

STIPULATION OF DISMISSAL WITH PREJUDICE
NO. 3-14-CV-01709 RS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Mobile-Plan-It, LLC and defendant Facebook, Inc. hereby stipulate to the dismissal with prejudice of the complaint with each side to bear its own fees, costs, and expenses.

**IT IS SO STIPULATED.**

Dated: July 9, 2015

COOLEY LLP

By: */s/ Mark R. Weinstein*
MICHAEL G. RHODES
HEIDI L. KEEFE
MARK R. WEINSTEIN
ERIN E. PRITCHARD

Attorneys for Defendant
FACEBOOK, INC.

Dated: July 9, 2015

FREITAS ANGELL & WEINBERG LLP

By: */s/ Daniel J. Weinberg*
ROBERT E. FREITAS
DANIEL J. WEINBERG
QUYNHCHI NGUYEN

Attorneys for Plaintiff
MOBILE-PLAN-IT, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 7/10/15

The Honorable Richard Seeborg
United States District Judge

**CONCURRENCE**

I, Daniel J. Weinberg, am the ECF user whose ID and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE. In compliance with General Order 45, X.B., I hereby attest that Mark R. Weinstein has concurred in this filing.

*/s/ Daniel J. Weinberg*
Daniel J. Weinberg